ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RESOURCE GROUP INTERNATIONAL
LIMITED, TRG PAKINSTAN LIMITED,
MOHAMMED KHAISHGI, and HASNAIN
ASLAM,

                   Plaintiffs,

     - against -

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                   Defendant.

23 Civ. 01760 (LLS)

ORDER

    Plaintiffs' motions for a Temporary Restraining Order and a Preliminary Injunction Staying Arbitration and for leave to file under seal the exhibits to the Gonzalez declaration are each are denied for the reasons stated on the record at the close of today's conference.

    So Ordered.

Dated:   New York, New York
          March 2, 2023

                                                  *Louis L. Stanton*
                                             LOUIS L. STANTON
                                                U.S.D.J.