**MEMO ENDORSED**

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
|---|---|---|---|
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU

ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS

LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
RESIDENT COUNSEL

D: +1 212 225 2333
memcdonald@cgsh.com

March 6, 2023

**VIA ECF**

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/23

Re:   *The Resource Group International Limited, et al. v. Chishti*, No. 23-cv-1760

Dear Judge Stanton:

We write on behalf of plaintiffs The Resource Group International Limited ("TRG-I"), TRG Pakistan Limited ("TRG-P"), Mohammed Khaishgi and Hasnain Aslam (collectively, "Plaintiffs") in the above-captioned action. Plaintiffs filed a notice of appeal today from this Court's order denying Plaintiffs' motion for a preliminary injunction staying the arbitration initiated by Defendant Muhammad Ziaullah Khan Chishti ("Defendant"). *See* Order, *TRG-I et al. v. Chishti*, No. 23-cv-1760 (S.D.N.Y. Mar. 2, 2023) (ECF No. 22) (the "Order").

*The application for a stay pending appeal is denied, for lack of probability of success on the merits of a stay, and for lack of irreparable injury from the pendency of an arbitration proceeding in the interim.*

*So Ordered.*

Louis L. Stanton
3/7/23

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

Hon. Louis L. Stanton, p. 2

Pursuant to Federal Rule of Appellate Procedure 8(a)(1)(C), Plaintiffs respectfully move this Court for a temporary injunction pending the Second Circuit's consideration of Plaintiffs' appeal of the Court's Order. Plaintiffs also intend to file an emergency motion for an injunction pending appeal in the Court of Appeals, but present that request to this Court in the first instance in accordance with Federal Rule of Appellate Procedure 8(a)(1). *See Uniformed Fire Officers Ass'n v. de Blasio*, 973 F.3d 41, 46 (2d Cir. 2020) (noting that first moving in the district court for an injunction pending appeal "is normally required"); *Agudath Israel of Am. v. Cuomo*, 979 F.3d 177, 179 (2d Cir. 2020) (finding that appellant had failed to comply with Federal Rule of Appellate Procedure 8(a)(1)(C) when it "did not 'move first in the district court'" for an injunction pending appeal) (quoting Federal Rule of Appellate Procedure 8(a)(1)(C)).

The standard for an injunction pending appeal pursuant to Federal Rule of Appellate Procedure 8(a)(1)(C) is identical to the standard this Court applied in denying Plaintiffs' motion for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. *See LaRouche v. Kezer*, 20 F.3d 68, 73 (2d Cir. 1994) (holding that the "standard for preliminary injunctions, similar to the standard for injunctions pending appeal, dictates a weighing of the likelihood of success on the merits, irreparable injury, the balance of equities and the public interest"). For that reason and in the interest of judicial economy, Plaintiffs adopt and incorporate their prior submission and oral argument and respectfully request that this Court rule on Plaintiffs' request for an injunction pending appeal based on all parties' prior written submissions and argument at the hearing held on March 2. *See* Pls.' Mem. of Law, *TRG-I et al. v. Chishti*, No. 23-1760 (S.D.N.Y. Mar. 1, 2023) (ECF No. 10); Def.'s Mem. of Law in Opp'n, *TRG-I et al. v. Chishti*, No. 23-1760 (S.D.N.Y. Mar. 2, 2023) (ECF No. 21); Mar. 2, 2023 Hr'g Tr. (Exhibit A). Should the Court require additional briefing, Plaintiffs would be prepared to file their motion papers within one business day of being directed to do so by the Court, and would waive reply.

We thank the Court for its consideration.

Respectfully submitted,

_M ML_

Mark E. McDonald

*Counsel for TRG-I, Mohammed Khaishgi and Hasnain Aslam*

S. Gale Dick

*Counsel for TRG-P*

cc:   All Counsel of Record (via ECF)