```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THE RESOURCE GROUP INTERNATIONAL
LIMITED, TRG PAKISTAN LIMITED,
MOHAMMED KHAISHGI, and HASNAIN
ASLAM,

                          Plaintiffs,

      - against -

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/23

23 Civ. 01760 (LLS)

ORDER

    On March 2, 2023, this Court entered a reasoned order denying a preliminary injunction for a stay of the JAMS arbitration, which as far as the case in this Court was concerned, allowed that arbitration to proceed.

    The litigants' activities in the short time since the Complaint was filed on March 1, 2023 (and with a fine disregard for Federal Rule of Civil Procedure 16[1]) up to now has produced: (1) a motion for an order to show cause for a temporary restraining order and a preliminary injunction staying the JAMS arbitration, (2) a request to seal seven exhibits, (3) an appeal to the Second Circuit of this Court's denial of a preliminary injunction, (4) a request for this Court to impose a temporary restraining order staying the JAMS arbitration pending

---

[1] The application of which is "mandatory" under the Court's Local Rule 16.1 and was delayed by extensions of defendant's time to answer.

1

plaintiffs' appeal to the Second Circuit, (5) an application to the Second Circuit for an emergency injunction of the JAMS Arbitration pending appeal, (6) a request to stay the proceedings in this Court,[2] (7) a request for a certificate of default, (8) a request for an extension of time to respond to the Complaint, (9) a pending request for a pre-motion conference allowing a motion for summary judgment, (10) a pending motion to dismiss, or in the alternative to stay proceedings, and (11) a pending proposed briefing schedule for a cross-motion for summary judgment, submitted only on behalf of plaintiffs and without defendant's consent or this Court's leave to file a motion for summary judgment. All of this is going on while, consistent with the orders of both courts, the JAMS arbitration should be proceeding.

In the interest of orderly and economical procedure, all requests and motions presently before this Court are stayed until the Court of Appeals renders its opinion. Within 30 days of the Court of Appeals' decision, the Court will issue an order scheduling a conference under Federal Rule of Civil Procedure 16(b).

---

[2] That request for a stay was granted but expired when the Court of Appeals lifted its own stay of arbitration on April 11, 2023.

So Ordered.

Dated:   New York, New York
         June 6, 2023

                                      *Louis L. Stanton*
                                       LOUIS L. STANTON
                                          U.S.D.J.