ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/24

THE RESOURCE GROUP INTERNATIONAL
LIMITED, TRG PAKINSTAN LIMITED,
MOHAMMED KHAISHGI, and HASNAIN
ASLAM,

                    Plaintiffs,

          - against -

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                    Defendant.

23 Civ. 01760 (LLS)

ORDER

A conference pursuant to Federal Rule of Civil Procedure 16(a) will be held on April 5, 2024 at 2:30 to discuss pending matters, including briefing schedules.

Mr. Nasser Mahmood, Mr. Abid Hussain, and Sign Source Limited may participate in the conference.

So ordered.

Dated:    New York, New York
          February 29, 2024

                              _Louis L. Stanton_
                              LOUIS L. STANTON
                              U.S.D.J.

1