ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC :
DATE FILED: 5/1/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RESOURCE GROUP INTERNATIONAL
LIMITED, TRG PAKINSTAN LIMITED,
MOHAMMED KHAISHGI, and HASNAIN
ASLAM,

                  Plaintiffs,
    Counterclaim-Defendants

        - against -

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                  Defendant,
    Counterclaim-Plaintiff.

23 Civ. 01760 (LLS)

ORDER

The parties shall submit a joint briefing schedule by Tuesday, May 7, 2024 for defendant/counterclaimant Christi's Motion for a Preliminary Injunction. The parties may choose to extend the briefing deadlines established by this Court's Local Rule 6.1(b) without first seeking this Court's permission.

Upon receipt of that briefing schedule, the Court will set an order to show cause hearing if necessary.

So ordered.

Dated:    New York, New York
           May 1, 2024

                                          Louis L. Stanton
                                          LOUIS L. STANTON