ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/24

THE RESOURCE GROUP INTERNATIONAL
LIMITED, TRG PAKINSTAN LIMITED,
MOHAMMED KHAISHGI, and HASNAIN
ASLAM,

                                   Plaintiffs,
             Counterclaim-Defendants

           - against -

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                                   Defendant,
             Counterclaim-Plaintiff.

23 Civ. 01760 (LLS)

ORDER

The issues raised in the parties recent letters (Dkt. Nos. 82-86) are resolved as follows:

1. This Court does not envisage taking any part in or attempting to affect the proceedings of the parties in the Pakistani Court on the present record. Plaintiffs' request for a status conference to address the suit Defendant Christi filed in Pakistan is denied.

2. Plaintiffs have leave to move under Federal Rule of Civil Procedure 15(d) to file a supplemental complaint without a pre-motion conference.

3. Plaintiffs have leave to move to compel discovery without a pre-motion conference.

4. The preliminary injunction briefing deadlines set in the May 9, 2024 scheduling order are each extended one week. The order to show cause hearing will still be held on August 15, 2024.

So ordered.

Dated:   New York, New York
            June 26, 2024

                             Louis L. Stanton
                             LOUIS L. STANTON