ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RESOURCE GROUP INTERNATIONAL
LIMITED, TRG PAKISTAN LIMITED,
MOHAMMED KHAISHGI, and HASNAIN
ASLAM,

                Plaintiffs,

- against -

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                Defendant.

23 Civ. 01760 (LLS)

ORDER

    Mr. Christi has leave to file his motion to compel without a pre-motion conference.

    In light of the discovery disputes between parties, the present schedule governing Mr. Christi's Motion for a Preliminary Injunction is adjourned. Upon resolution of the anticipated motions to compel, the Court will set a prompt briefing schedule and a hearing date to address Mr. Christi's Motion for a Preliminary Injunction.

    So Ordered.

Dated:    New York, New York
             July 3, 2024

                                                       Louis L. Stanton
                                                  LOUIS L. STANTON
                                                      U.S.D.J.