ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE RESOURCE GROUP
INTERNATIONAL LIMITED, TRG
PAKISTAN LIMITED, MOHAMMED
KHAISHGI, AND HASNAIN ASLAM

    Plaintiffs,

-against-

MUHAMMAD ZIAULLAH KHAN
CHISHTI

    Defendant.

Case No.: 23-cv-1760

---

## PRELIMINARY INJUNCTION

WHEREAS, on July 16, 2024, Plaintiffs The Resource Group International Limited ("TRG-I"), TRG Pakistan Limited ("TRG-P"), Mohammed Khaishgi, and Hasnain Aslam (collectively, "Plaintiffs") filed a Motion for Leave to File a Supplemental Complaint (the "Motion for Leave") and a Motion for a Preliminary Injunction (the "Motion") to enjoin Defendant Muhammad Ziaullah Khan Chishti ("Defendant") from proceeding with the Suit for Declaration and Permanent Injunction in the High Court of Sindh at Karachi, Pakistan (Suit No. 695 of 2024) ("Pakistan Suit)" against Plaintiffs, as well as other directors of TRG-I and the Securities & Exchange Commission of Pakistan (non-parties in the above-captioned case). ECF Nos. 104-107.

WHEREAS, the Court considered the submissions by the parties (ECF Nos. 104-108, 120-125) as well as additional submissions communicated by email to the Court and submitted on the public docket. *See, e.g.*, ECF Nos. 127, 129, 131.

WHEREAS, on August 28, 2024, the Court granted Plaintiffs' Motion for Leave, ordered supplemental briefing on the Motion, which was submitted by Defendant on September 9, 2024

(ECF No. 141), and ordered Plaintiffs to submit a Proposed Preliminary Injunction Order. ECF No. 136.

WHEREAS, on August 29, 2024, Plaintiffs filed their Supplemental Complaint. ECF No. 137.

IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant is preliminarily enjoined from proceeding with the Pakistan Suit until the Court can render a final judgment in this case and, within two business days of this Order being entered by the Court as an Order Defendant shall withdraw the Pakistan Suit without prejudice.

Dated: Sept. 10, 2024

New York, New York

_Louis L. Stanton_

United States District Judge