ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE RESOURCE GROUP INTERNATIONAL
LIMITED, TRG PAKISTAN LIMITED,
MOHAMMED KHAISHGI, AND HASNAIN
ASLAM,

                          Plaintiffs,

        - against -

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                          Defendant.

---

23 Civ. 01760 (LLS)

ORDER

Plaintiffs The Resource Group International Limited, Mohammed Khaishgi, and Hasnain Aslam request clarification of the motion to dismiss briefing schedule established in the Court's October 7, 2025 Order. (Dkt. No. 175). The briefing schedule in that Order was consistent with Local Civil Rule 6.1(b), and is as follows:

- Plaintiffs moved to dismiss defendant's amended counterclaim on September 29, 2025.
- Defendant's opposition to this motion was served within 14 days of the moving papers, on October 13, 2025.
- Plaintiffs' reply should have been served within seven days of the answering papers, on October 20, 2025.

The Court will grant a one-week extension for plaintiffs' reply to remedy any confusion caused by the October 7 Order. Plaintiffs' reply must be served by October 27, 2025.

So ordered.

Dated:   New York, New York
       October 21, 2025

                                                  Louis L. Stanton
                                                  LOUIS L. STANTON
                                                      U.S.D.J.