USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE RESOURCE GROUP INTERNATIONAL
LIMITED, et al.,

                          Plaintiffs,

          - against -

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                          Defendant.

---

23 Civ. 01760 (LLS)

ORDER

On May 12, the Court held that the Release Agreement barred seven claims asserted by defendant Muhammad Ziaullah Khan Chishti in JAMS arbitration (the "Released Claims"[1]). (Dkt. No. 211). Plaintiffs The Resource Group International Limited, TRG Pakistan Limited, Mohammed Khaishgi, and Hasnain Aslam (collectively "TRG") now move by letter for an emergency order enjoining Chishti from pursuing the Released Claims in Pakistani courts. (Dkt. Nos. 218-20).

The Court previously preliminarily enjoined Chishti from asserting his JAMS claims in Pakistani litigation. (Dkt. No. 143). That Order held that if the Release Agreement barred Chishti's claims, then he would be prohibited from bringing them in any forum, including Pakistan. Id. That reasoning holds true here.

The Court hereby temporarily enjoins Chishti from pursuing litigation in any forum based on the conduct alleged in the Released Claims. "[F]ederal courts do have inherent power to protect their own judgments from being undermined or vitiated by vexatious litigation in other jurisdictions." Karaha Bodas Co. v. Perusahaan Pertambangan Minyak Dan Gas Bumi Negara, 500 F.3d 111, 124 (2d Cir. 2007).

This Order will remain in effect until July 1, 2026. Chishti is directed to respond to TRG's letter motion by June 17, 2026. TRG may reply by June 24, 2026.

          So ordered.

---

[1] The Released Claims include claims One, Two, Three, Five, Seven, Twelve, Thirteen, and all of Chishti's derivative claims.

- 1 -

- 2 -

Dated:     New York, New York
           June 10, 2026

                                        _____
                                        LOUIS L. STANTON
                                        U.S.D.J