**MEMORANDUM ENDORSEMENT**

The Resource Group International Limited, et al. v. Muhammad Ziaullah Khan Chishti,
23 Civ. 1760 (LLS)

On October 26, defendant Chishti filed a proposed order to show cause for a preliminary injunction (Dkt. No. 241) and a proposed injunction order (Dkt. No. 242) seeking this Court's expedited intervention into proceedings before the Supreme Court of Pakistan (hereinafter "PCS"). Specifically, defendant asks this Court to require plaintiffs to correct "misrepresentations of this Court's orders" he alleges they made to PCS. Dkt. No. 239 at 23. Defendant argues that the expedited schedule of an order to show cause is necessary to correct the record before a PCS hearing currently scheduled for the second week of November.

After review of defendant's support for his proposed orders and both parties' ensuing letters (Dkt. Nos. 238, 245, 247), the Court finds that although the PCS hearing is imminent, the need for defendant's claimed relief arose upon his notice of the alleged misrepresentations — as early as July 3. And, as plaintiff notes, despite the first PCS hearing being scheduled for October 2, defendant did not ask plaintiffs to correct the record until October 24 nor make any application to this Court until October 26.

Moreover, defendant's own brief illustrates that the alleged misrepresentations do not stand unchallenged before PCS. Defendant admits that copies of this Court's May 12 and July 1 Orders have been filed in their entirety on the PCS docket. This Court can think of no better way to "protect the integrity of its judgments" in an action before a foreign court than for that court to be aware of the full text of the judgment itself. Berger v. Heckler, 771 F.2d 1556, 1569 (2d Cir. 1985). On that record, defendant is equally able to argue the impact of these Orders before PCS as he would be here. However, if that were not enough, defendant also notes that eight other respondents in the PCS action took his position regarding this Court's May 12 Order, signaling PCS will have a well-developed record from which to apply this Court's Orders as appropriate at any hearing.

Therefore, the Court denies defendant's proposed order to show cause as procedurally improper and further denies his proposed order for preliminary injunctive relief as frivolous.

So ordered.

Dated: New York, New York
October 29, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.